6 So.2d 450

### Odell BRAND et al. v. STATE.

### 8 Div. 175.

Supreme Court of Alabama.

Feb. 19, 1942.

J. Foy Guin, of Russellville, for petitioners.

Thos. S. Lawson, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Will (alias W. D.) Johnson and Della Brand, alias Della Johnson, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Odell Brand, Will Johnson and Della Brand (alias Johnson) v. State, 6 So.2d 442, wherein, after

remandment, a judgment of conviction of bigamy was affirmed.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.